EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2024 TSPR 28 |
|---|---|
| Aprobación de Cambio de Estatus Inactivo de febrero de 2024 | 213 DPR ___ |

Número del Caso: EM-2024-0004

Fecha: 26 de marzo de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de febrero de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Aprobación de Cambio de
Estatus Inactivo de          EM-2024-0004
febrero de 2024

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de marzo de 2024.

Durante el periodo de febrero de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Goyco Amador, Pedro G. | 4,311 |
| Lugo Mariani, David | 4,808 |
| Santini Morales, Carlos M. | 4,850 |
| Palmer Ramos, Carlos M. | 5,009 |
| Olivencia Font, Oscar O. | 5,169 |
| Pacheco Fraticelli, Noel | 6,028 |
| Yunqué López, Jossie | 7,568 |
| Díaz García, Sheila A. | 7,744 |
| Izquierdo Santiago, Orlando A. | 8,392 |
| Rivera Otero, Juan | 8,597 |
| Miles, Wilmaris | 9,738 |
| Vega Lugo, María D. | 10,261 |
| Ramírez Toro, Feliberto | 10,517 |

Cabrera Vargas, Pablo                        11,010

Rosado Medina, Rufino A.                      15,773

De San Román Casasnovas, Alexandra           19,683

Rivera Díaz, Oscar                           19,692

Morales Román, Roberto A.                     20,721

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                        Javier O. Sepúlveda Rodríguez
                        Secretario del Tribunal Supremo